-1-
# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| JUDYTH RICKER | : | |
| 863 Bridle Way | | |
| Davidsonville, Maryland 21035, | : | |
| | | |
| Plaintiff, | : | |
| | | |
| v. | : | |
| | | |
| ANNE ARUNDEL DERMATOLOGY, | : | |
| | | |
| Defendant. | : | Case No 1:21-cv-02081-JMC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff Judyth Ricker, by and through her attorneys, D. H. Andreas

Lundstedt, and the Law Office of Andrew M. Dansicker, LLC, and pursuant to F.R.C.P.

41(a)(1)(A)(ii) hereby voluntarily dismisses the above captioned Complaint against Defendant in

its entirety with prejudice, with each party to bear its own costs and fees.


Dated: September 27, 2021                    Respectfully Submitted,

                                             _____/s/_____
                                             D. H. Andreas Lundstedt (Bar # 28620)
                                             Law Office of Andrew M. Dansicker, LLC
                                             Executive Plaza II, Suite 705
                                             11350 McCormick Road
                                             Hunt Valley, Maryland 21031
                                             Telephone: 410-771-5668
                                             Facsimile: 410-927-7390

                                             *Counsel for Judy Ricker*